21cr471

Dear Your Honor,

This is Reginald Blackburn, the uncle of Anthony Blackburn. I want to start off by saying Anthony's parents haven't been very successful with being involved in his life, they had him at a very young age, sadly to say they failed at giving him the proper guidance that a young man should've had. I would like to inform you that over the time he's done so far, he has been able to reflect on his past and a brighter future for his daughter, which I am whole heartedly convinced that his daughter is helping his mindset strategically plan for a productive future. I hope you find it in your heart to give him a sentence that is just in respect to the crime he has committed and respect to the young man that he is striving to be.

Thank you for your time.

Reginald Blackburn
217 Raintree Ct
Aurora, IL 60504

Attention: Clerck of Courts
Judge Colman
219 S Dearborn 20th Fl
Chicago, IL 60604

RECEIVED
2024 APR 29 AM 11:35

RECEIVED
2024 APR 29 AM 9:18